IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GENE EDWARD SCOTT II**                                                                                               **PLAINTIFF**

V.                                                       **4:22CV00475 JM**

**UNITED STATES DEPARTMENT
OF AGRICULTURE, Doris Washington,
Executive Director**                                                                                                          **DEFENDANTS**

## ORDER

Plaintiff Gene Edward Scott II brings this *pro se* civil rights action under 42 U.S.C. § 1983 asking to proceed *in forma pauperis*. (Doc. 1 & 2). The Eighth Circuit has instructed that the decision of whether a complaint is frivolous or malicious precedes the decision of whether to grant *in forma pauperis* status and whether to order service of process. *See Carney v. Houston*, 33 F.3d 893, 895 (8th Cir. 1994) (quoting *Gentile v. Missouri Dept. of Corrections*, 986 F.2d 214, 217 (8th Cir. 1993). "If the complaint is frivolous or malicious, the district court should dismiss it out of hand." *Id*. A complaint if frivolous where it lacks an arguable basis in either law of fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

In this case, Mr. Scott, a resident of Arizona, seeks $67 billion for himself and $72 million for the City of Holly Grove, to return soybean farming to the City. (Doc. 2 at 4-5). Mr. Scott has failed to state a claim that has any basis in law or in fact. *See Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985). The Court finds that allowing Mr. Scott to amend his complaint would be futile.

Mr. Scott's motion to proceed *in forma pauperis* (Doc. 1) is DENIED. Mr. Scott's complaint is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 31st day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE