IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GENE EDWARD SCOTT II**                                                                                          **PLAINTIFF**

V.                                                4:22CV00475 JM

**UNITED STATES DEPARTMENT
OF AGRICULTURE, Doris Washington,
Executive Director**                                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 31st day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE